

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00256-CV

———————————————

NORA BENAVIDES, Appellant

V.

DALLAS FORT WORTH INTERNATIONAL AIRPORT BOARD, Appellee

---

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-341998-23

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the "Appellant Nora Benavides' Motion for Voluntary Dismissal of Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 27, 2024